IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOTHAR E.S. BUDIKE, SR., ALEXANDRA BUDIKE, & A-VALEY ENGINEERS, INC. | : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 11-4639 |
| Plaintiffs, | | |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| Defendant. | | |

## ORDER

**AND NOW**, this *30th* day of *November*, 2011, upon consideration of Defendant the United States of America's Motion to Dismiss (Docket No. 6) and the Response of Plaintiffs Lothar E.S. Budike, Sr., Alexandra Budike, and A-Valey Engineers, Inc. (Docket No. 7), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE** in its entirety.

This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.